IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM K. TYLER, | ) |
| | ) |
| v. | )  2:05-0079 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security.[1] | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends denial of the Plaintiff's Motion for Judgment on the Pleadings, affirmance of the opinion of the Administrative Law Judge and grant of Judgment to the Secretary. The Court has considered the objections of the Plaintiff to the Report and Recommendation, and the record in the cause. From all of which the Court concludes that the Report and Recommendation is correct in law and fact and the same is adopted as the findings and conclusions of the Court.

The Administrative Law Judge is **AFFIRMED**, and judgment is awarded to the Secretary.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).